**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6323**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

REGINALD MIMMS, a/k/a Gerald King,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:99-cr-00048-jct; 7:00-cr-00022-jct)

Submitted: July 19, 2010        Decided: August 5, 2010

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald Mimms, Appellant Pro Se. Joseph W. H. Mott, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Mimms seeks to appeal the district court's order denying his motion for a writ of audita querela, pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.[*] See United States v. Mimms, Nos. 7:99-cr-00048-jct; 7:00-cr-00022-jct (W.D. Va. Mar. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the court previously affirmed the district court's order in United States v. Mimms, 333 F. App'x 793 (4th Cir. Oct. 19, 2009) (No. 09-6633) (unpublished), this court's opinion and order failed to refer to one of the underlying criminal matters in which the district court's order was filed. Accordingly, this per curiam opinion refers to both underlying criminal matters.